DAVID P. WAGGONER, CSBN 242519
HOMELESS ACTION CENTER
3126 Shattuck Avenue
Berkeley, CA 94705
(415) 205-8237 phone
(510) 540-0403 fax
dwaggoner@homelessactioncenter.org

Attorneys for Plaintiff

FILED

Sep 29 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MELISSA NICOLE GORDON., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. 3:23-cv-02795-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff's time for submitting Plaintiff's Motion for Summary Judgment be extended by 61 days, from October 4, 2023, to Monday, December 4, 2023. This is Plaintiff's first request for an extension of time.

There is good cause for this extension because Plaintiff's counsel is recovering from illness and has multiple other filings due in the next month as well as an oral argument before the Ninth Circuit on November 17, 2023. Counsel respectfully requests the Court grant this extension to adequately prepare Plaintiff's motion for summary judgment.

Plaintiff shall have an extension of 61 days in which to file Plaintiffs' Motion for Summary Judgment.  The parties further stipulate that all subsequent deadlines in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly. The parties stipulate in good faith with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated:  September 28, 2023                By:

   /s/  *David P. Waggoner*
DAVID P. WAGGONER
Attorney for Plaintiff

September 28, 2023                By:

   /s/ *Erin Highland*
Erin Highland
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
206-615-2495
erin.highland@ssa.gov
(as authorized via email on September 28, 2023)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2023

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE